IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

OCTOBER 1995 SESSION


FILED

November 29, 1995

Cecil Crowson, Jr.
Appellate Court Clerk

STATE OF TENNESSEE,           )
                              )
           APPELLEE,          )
                              )
                              )   No. 02-C-01-9503-CC-00089
                              )
                              )   Dyer County
v.                            )
                              )   Joe G. Riley, Judge
                              )
                              )   (Theft Under $500)
DONNIE RAY MITCHELL,          )
                              )
           APPELLANT.         )


FOR THE APPELLANT:                    FOR THE APPELLEE:

Clarence U. Cochran                   Charles W. Burson
Assistant Public Defender             Attorney General & Reporter
208 Mill Avenue, North                450 James Robertson Parkway
Dyersburg, TN 38025-0742              Nashville, TN 37243-0493
(Appeal Only)
                                      Cyril V. Fraser
Lyman Ingram                          Assistant Attorney General
Assistant Public Defender             450 James Robertson Parkway
208 Mill Avenue, North                Nashville, TN 37243-0493
Dyersburg, TN 38025-0742
(Trial Only)
                                      C. Phillip Bivens
OF COUNSEL:                           District Attorney General
                                      115 Market, East
G. Stephen Davis                      Dyersburg, TN 38024
District Public Defender
208 Mill Avenue, North                Karen W. Winchester
Dyersburg, TN 38025-0742              Assistant District Attorney General
                                      115 Market, East
                                      Dyersburg, TN 38024


OPINION FILED:_____


AFFIRMED PURSUANT TO RULE 20


Joe B. Jones, Judge

**O P I N I O N**

The appellant, Donnie Ray Mitchell, was convicted of theft under $500, a Class A misdemeanor, by a jury of his peers. The trial court sentenced the appellant to confinement for eleven months in the Dyer County Jail.

One issue is presented for review. The appellant contends that the evidence contained in the record is insufficient, as a matter of law, to support a finding by a rational trier of fact that he was guilty beyond a reasonable doubt.

This Court has thoroughly reviewed the record, the briefs of the parties, the statute proscribing this offense, and the case law that pertains to the issue presented for review. It is the opinion of this Court that the judgment of the trial court should be affirmed, pursuant to Rule 20, Tennessee Court of Criminal Appeals.

_____
JOE B. JONES, JUDGE

CONCUR:


_____
PAUL G. SUMMERS, JUDGE


_____
WILLIAM M. BARKER, JUDGE